JOSEPH F. MELLON CONSTRUCTION COMPANY, INC., Respondent, v. FAY B. KUHN and Others, Appellants, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Judgment as modified unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

PACIFIC STEEL BOILER CORPORATION, Respondent, v. SHOREWARD REALTY CORPORATION and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellants, Impleaded with DIMOCK & FINK COMPANY, and WALWORTH COMPANY, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. Appellants' proposed finding No. 8, found by the trial court at folio 206, that defendant Berman-Rathe Corporation abandoned the work on August 1, 1929, is reversed, and in its place this court makes the following finding: " 8. Defendant Berman-Rathe Corporation had not abandoned the work on August 1, 1929, and had not abandoned it until after the liens had been filed." The trial court's finding in this respect must have been inadvertently made, for it is without support in the record. Conclusion of law 2, at folios 227, 228, proposed by appellants and found by the trial court, also is reversed as not being warranted by the findings. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HELEN PERLMAN, Respondent, v. EAST ANNADALE BEACH CORPORATION, Appellant, and E. A. WHITE ORGANIZATION, INC., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CLIFFORD K. RYERSON, Respondent, v. THOMAS K. SHORTER and ALBERT SHORTER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GIUSEPPE SCAFIDI, as Administrator de Bonis Non, etc., of SALVATORE SCAFIDI, Deceased, Appellant, v. JIM PUCCIARELLI and NICK CAFARO, Doing Business under the Firm Name and Style of METROPOLITAN CARTING COMPANY, Respondents.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

LILLIAN SCHULTZ, Appellant, v. PAUL SCHULTZ, Respondent.— Order of the County Court of Suffolk county setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

WILLIAM SJOVALL, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

MICHAEL SPINA, an Infant, by PHILIP F. SPINA, His Guardian ad Litem, Respondent, v. MORISON ELECTRICAL SUPPLY Co., INC., and Others, Appellants. PHILIP F. SPINA, Respondent, v. MORISON ELECTRICAL SUPPLY Co., INC., and Others, Appellants.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.